IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH A. WILLIAMS,

        Plaintiff,                JUDGMENT IN A CIVIL CASE

       v.                               Case No. 13-cv-819-bbc

WARDEN ROBERT WERLINGER,
MICHELLE AIRSMAN, STEVEN
ROBINSON and MARK STRIGUZL,

        Defendants.

    This action came for consideration before the court with District Judge Barbara B. Crabb  presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

    (1) denying leave to proceed and dismissing defendants Michelle Airsman, Steven Robinson and Mark Striguzl; and

    (2) dismissing plaintiff's amended complaint without prejudice for failure to serve defendant Werlinger under Fed. R. Civ. P. 4.

| /s/ | 11/17/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |