# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

**Warden Robert Werlinger,**
**AW Michelle Airsman,**
**U.M. Steven Robinson,**
**C.O. Mark Striguzl,**
        **Defendants,**

vs.                         13-cv-819-bbc

**Joseph A. Williams**
        **Plaintiff.**
_____/

## NOTICE OF APPEAL

**Plaintiff,** Joseph A. Williams bring this Notice of Appeal to the District Court requesting a higher Court to review and reverse the decision of the lower Court, because the lower Court erred on a question of law or gave a decision plainly contrary to well establish federal law.

    Accordingly, the Federal Rule of Civil Procedural Rule 4(a)(1)(B) 4(a)(4) and 4(a) and the notice of appeal required by Rule 3 that must be filed with the district clerk within 30 day after the judgment or order appealed from it entered. This notice of appeals is timely filed on this date 12-5-14.

                        Respectfully Submitted.
                        _____
                        JOSEPH A. WILLIAMS