IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOSEPH A. WILLIAMS,

                                                JUDGMENT IN A CIVIL CASE

      Plaintiff,

                                                      13-cv-819-bbc

v.

ROBERT WERLINGER,
MICHELLE AIRSMAN,
STEVEN ROBINSON and
MARK STRIGUZL,

      Defendants.

      This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

      IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

      (1) dismissing plaintiff Joseph A. Williams's claims against Michelle Airsman, Steven Robinson and Mark Striguzl for failure to state a claim upon which relief may be granted; and

      (2) granting summary judgment in favor of Robert Werlinger and dismissing this case with prejudice.

      /s/                                                                                  4/11/2016

Peter Oppeneer, Clerk of Court                                    Date